**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2150**

---

ROSALIE A. SMITH,

Plaintiff - Appellant,

versus

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant - Appellee,

and

NOVANT HEALTH INCORPORATED, a/k/a Presbyterian
Health Services Corporation,

Defendant.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Richard L. Voorhees,
District Judge. (CA-99-26-3-V)

---

Submitted: March 6, 2002        Decided: March 15, 2002

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

J. Lynn Bishop, Charlotte, North Carolina, for Appellant. Alvin
Pasternak, Susan Elizabeth Belmont, METROPOLITAN LIFE INSURANCE
COMPANY, New York, New York, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rosalie A. Smith appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Smith v. Metropolitan Life Ins. Co.</u>, No. CA-99-26-3-V (W.D.N.C. Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>